EXHIBIT 5

# AMERICAN ARBITRATION ASSOCIATION
## SUPPLEMENTARY PROCEDURES FOR
## CONSUMER-RELATED DISPUTES

| How to file a claim; consumers should: | How to file a claim; businesses should: |
|---|---|
| • Fill out this form and retain one copy for your records.<br>• Mail a copy of this form and your check or money order made payable to the AAA, to:<br>AAA's Case Filing Services, 1101 Laurel Oak Road Suite 100, Voorhees, NJ 08043.  Please consult Section C-8 of the *Supplementary Procedures for Consumer-Related Disputes* for the appropriate fee.<br>• **Send a copy of this form to the business.** | • Fill out this form and retain one copy for your records.<br>• Mail a copy of this form and your check or money order made payable to the AAA, to:<br>AAA's Case Filing Services, 1101 Laurel Oak Road Suite 100, Voorhees, NJ 08043.  Please consult Section C-8 of the *Supplementary Procedures for Consumer-Related Disputes* for the appropriate fee.<br>• **Send a copy of this form to the consumer by registered mail, return receipt requested.** |

**1**  How is this claim being filed? Check only one.

[x] By request of the consumer (A copy of the arbitration agreement **must** be attached. A copy of this form **must** also be sent to the business)

[ ] By request of the business (A copy of the arbitration agreement **must** be attached. A copy of this form **must** also be sent to the consumer by registered mail return receipt requested)

-or-

[ ] By mutual agreement ("submission") of the parties (both parties **must** sign this form)

**2**  Briefly explain the dispute.
See attached letter dated June 4, 2014.  Claimant seeks actual damages of $3,500.75 plus punitive damages and attorney's fees and costs, in addition the other relief described in number 4 below.        To be determined.

**3**  Do you believe there is any money owed to you?  [x] Yes      [ ] No   If yes, how much?_____

**4**  Are you seeking any other relief?  [x] Yes      [ ] No
If yes, what is it?
Revocation of acceptance of the vehicle, cancellation of the Contract and deletion of trade line reporting.

**5**  Preferred hearing locale (if an in-person hearing is held)  Hartford, CT_____

**6**  Amount enclosed: $0.00_____

**7**  Fill in the following information:

**Consumer**

Name of Consumer Kiara L. Rodriguez_____

Address 99 Midfield Drive, Apt. 15_____

City/State/Zip Waterbury, CT 06705_____

Telephone  203-215-9953_____

Fax_____

Email Address_____

Signature of Consumer_____

Representative Daniel S. Blinn, Esq._____

Firm Consumer Law Group, LLC_____

Address 35 Cold Spring Road, Suite 512_____

City/State/Zip Rocky Hill, CT 06067_____

Telephone 860-571-0408_____

Fax 860-571-7457_____

Email Address dblinn@consumerlawgroup.com_____

**Business**

Name of Business American Credit Acceptance, LLC

Address 340 E. Main St., Suite 500_____

City/State/Zip Spartanburg, SC 29302_____

Telephone  866-544-3430_____

Fax_____

Email Address --_____

Signature of Business_____

Representative_____

Firm_____

Address_____

City/State/Zip_____

Telephone_____

Fax_____

Email Address_____

Additional Respondent:

A Better Way Wholesale Autos, Inc.
423 Rubber Avenue
Naugatuck, CT  06770
Tel:  (203) 720-5600
Fax: (203) 720-5024

Daniel S. Blinn
Attorney at Law
Tel (860) 571-0408, ext. 101
*dblinn@consumerlawgroup.com*

June 4, 2014

VIA FACSIMILE      203-720-5024
HARD COPY TO FOLLOW

A Better Way Wholesale Autos, Inc.
423 Rubber Avenue
Naugatuck, CT 06770

VIA CERTIFIED MAIL RECEIPT # 7013 0600 0000 2616 8385

American Credit Acceptance, LLC
P.O. Box 1899
Spartanburg, SC 29302

> Re:   Kiara L. Rodriguez – 2006 Toyota Scion
>        VIN# JTKDE177360122865
>        Account # 33470771001

To Whom It May Concern:

I am the attorney for Kiara Rodriguez in connection with the referenced vehicle and account. All future communications should be directed to me and not to her.

Ms. Rodriguez previously sent a letter to A Better Way on or about March 21, 2014 (copy enclosed) in which she described her concerns with this vehicle and provided A Better Way with an opportunity to resolve the breaches of warranty, which have existed since the time of the delivery. The car was brought to A Better Way approximately April 12th and returned to her approximately May 1st. However, the vehicle was not driving properly, and the check engine light came on during the drive home. She pulled over and called A Better Way, who asked her to take the car to AutoZone to get a diagnosis of the codes. AutoZone advised that there was a problem with the fuel mixture and all cylinders were misfiring. The car was brought back to A Better Way.

Last week, Ms. Rodriguez was informed that A Better Way would not repair the vehicle and requested that she pick it up. That is not acceptable to Ms. Rodriguez, who hereby notifies you that she revokes her acceptance of the vehicle. American Credit Acceptance is notified that the vehicle is located at A Better Way and that Ms. Rodriguez will not be making any more payments on the contract.



CONSUMER
LAW GROUP llc

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067

tel. 860 ■ 571 ■ 0408
fax 860 ■ 571 ■ 7457

lawyer@consumerlawgroup.com

*Lawyers for the Rest of Us.™*

Demand is made for the return of the $2,000 down payment plus the monthly payments that she has made, which I calculate to be $1,500.75. Ms. Rodriguez further demands that American Credit Acceptance cancel the retail installment contract and delete her trade line.

In addition to her claims for breach of warranty, Ms. Rodriguez also has claims under the Truth in Lending Act and the Connecticut Unfair Trade Practices Act in connection with the selling of the vehicle for more than its advertised price, the requirement that she purchase a service contract as a condition of financing, and A Better Way's conduct in refusing to schedule a service appointment when defects were first reported (resulting in the need to replace the original engine), its replacing the engine with a substandard engine that was not the equivalent of the original (i.e., no turbocharger and defective).

American Credit Acceptance is hereby advised that Ms. Rodriguez disputes any indebtedness under the contract. Any credit reporting should reflect this dispute. Failure to include the disputed nature of this account may result in liability under the Fair Credit Reporting Act. Additionally, the Connecticut Creditor Collection Practices Act provides that American Credit Acceptance must direct all communications regarding this disputed debt to my attention. Any attempts to collect directly from Ms. Rodriguez will result in further liability under the CCPA.

Ms. Rodriguez will maintain comprehensive insurance coverage on the vehicle for two weeks. After that, she will cancel coverage. I am requesting that A Better Way return the license plates on the vehicle to Ms. Rodriguez so that she can cancel the registration. Failure to do so will result in additional claims for continued insurance coverage, because liability insurance must be maintained by her for as long as the vehicle is registered in her name. If you are unwilling to return the plates, please contact me so that I can make arrangements for them to be picked up.

If there is any interest in settling all claims, Ms. Rodriguez would accept payment of $5,500 plus American Credit Acceptance's agreement to the cancellation of the contract and the deletion of the trade line to her account. If this has been agreed to by June 19, 2014, and if a check in that amount, payable to "Consumer Law Group, Trustee", has been received by me by that date, then Ms. Rodriguez will provide you both with releases of her claims. Otherwise, she intends to bring a legal action and to pursue all remedies to which she is entitled.

Sincerely,

Daniel S. Blinn

cc:    Kiara Rodriguez

Enclosure

2

March 21, 2014

A Better Way

Attention: Service Department

I bought my 2006 Scion from you on November 11. The check engine light came on just a couple of days later on November 15. I called you, and the soonest that you could work on the car was December 2, and I made an appointment for then. But, the car broke down on November 25, and it was towed to you. You had it for a whole month until December 23. When it was returned to me with a new engine. I was told at that time that the engine was covered by a warranty. After I got the car back, I realized that you removed the turbocharger. I called to ask about that and was told that someone would get back to me. No one ever called.

Since that time, I have had nothing but more trouble. I enclose an estimate from Kensington Auto Service that describes the problems. I tried to get Allstate to fix this under the extended warranty (which you told me that I had to buy), and they said that it wasn't covered because the problem was your work.

I have met with a lawyer, and he told me that before I can do anything, I should first give you a chance to fix the car right. I have put a call in to you earlier this week to discuss this, but no one has returned the call even though I was promised that I would get a call back.

If you are unable to fix this car, then I would like to cancel the sale and get my money back. Please let me know what you are willing to do.

Sincerely,

Kiara Rodriguez

(203) 215-9953

Dealer Number _____ Contract Number _____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Creditor-Seller (Name and Address) |
|---|---|---|
| KIARA L RODRIGUEZ<br>20 MIDFIELD DRIVE APT 15<br>WATERBURY, CT 06705 | N/A | A BETTER WAY WHOLESALE AUTOS<br>423 Rubber Ave<br>Naugatuck, CT 06770 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2006 | SCION TC | JTKDE177360122865 | ☒ personal, family or household<br>☐ business<br>☐ agricultural ☐ _____ |

## TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $2,000.00 |
|---|---|---|---|---|
| 19.04 % | $ 6,529.27 | $ 11,479.73 | $ 18,009.00 | is $ 20,009.00 |

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 60 | 300.15 | Monthly beginning 12/26/13 |

Or As Follows:

Late Charge. If payment is not received in full within __10__ days after it is due, you will pay a late charge of $ __10.00__ or __5__ % of the part of the payment that is late, whichever is __less__.

Prepayment. If you pay off all your debt early, you will not have to pay a penalty.

Security Interest. You are giving a security interest in the vehicle being purchased.

Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED

1 Cash Price (Including $ 748.73 sales tax) ........................ $ 9,941.73 (1)

2 Total Downpayment =

   Trade-In 0000

      (Year)    (Make)     (Model)

    Gross Trade-In Allowance ........................ $ N/A

    Less Pay Off Made By Seller ........................ $ N/A

    Equals Net Trade In ........................ $ N/A

    + Cash ........................ $ 2,000.00

    + Other _____ $ N/A

    (If total downpayment is negative, enter "0" and see 4I below) $ 2,000.00 (2)

3 Unpaid Balance of Cash Price (1 minus 2) ........................ $ 7,941.73 (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf (Seller may keep part of these amounts):

A Cost of Optional Credit Insurance

   Paid to Insurance Company or Companies

   Life ........................ $ N/A

   Disability ........................ $ N/A ........................ $ N/A

B Vendor's Single Interest Insurance

   Paid to Insurance Company ........................ $ N/A

C Other Optional Insurance Paid to Insurance Company or Companies ........................ $ N/A

D Optional Gap Contract ........................ $ 800.00

E Official Fees Paid to Government Agencies

   to _____ for _____ $ N/A

   to _____ for _____ $ N/A

   to _____ for _____ $ N/A

F Government Taxes Not Included in Cash Price ........................ $ N/A

G Government License and/or Registration Fees ........................ $ 105.00

H Government Certificate of Title Fees ........................ $ 35.00

I Other Charges (Seller must identify who is paid and describe purpose) ........................ $ N/A

   to _____ for Prior Credit or Lease Balance $ N/A

   to A BETTER WAY WHO for Document Fee $ 598.00

   to ALLSTATE for SERVICE CONTRACT $ 2,000.00

   to _____ for _____ $ N/A

   to _____ for _____ $ N/A

   to _____ for _____ $ N/A

   to _____ for _____ $ N/A

   to _____ for _____ $ N/A

   to _____ for _____ $ N/A

   to _____ for _____ $ N/A

Insurance. You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

### Check the insurance you want and sign below:

**Optional Credit Insurance**

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both

☐ Credit Disability (Buyer Only)

Premium:

   Credit Life $ _____ N/A

   Credit Disability $ _____ N/A

Insurance Company Name _____ N/A

Home Office Address _____ N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed.

Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

### Other Optional Insurance

☐ _____ N/A _____ N/A

   Type of Insurance    Term

Premium $ _____ N/A

Insurance Company Name _____ N/A

Home Office Address _____ N/A

☐ _____ N/A

   Type of Insurance    Term

Premium $ _____ N/A

Insurance Company Name _____ N/A

Home Office Address _____ N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

**X** _____

   Buyer Signature    Date

**X** _____

   Co-Buyer Signature    Date

**THE INSURANCE INCLUDED IN THIS CONTRACT DOES NOT PROVIDE COVERAGE FOR PERSONAL LIABILITY OR PROPERTY DAMAGE CAUSED TO**

| | | | | |
|---|---|---|---|---|
| to | for | $ | | |
| to | for | $ | N/A | |
| to | for | $ | N/A | |

F  Government Taxes Not Included in Cash Price ........ $ .......... N/A

G  Government License and/or Registration Fees

$ ......... 105.00

$ ......... 35.00

H  Government Certificate of Title Fees

I  Other Charges (Seller must identify who is paid and describe purpose)

| | | | |
|---|---|---|---|
| to | for Prior Credit or Lease Balance | $ | N/A |
| A BETTER WAY WHO | to Document Fee | $ | 598.00 |
| ALLSTATE | to SERVICE CONTRACT | $ | 2,000.00 |
| to | for | $ | N/A |
| to | for | $ | N/A |
| to | for | $ | N/A |
| to | for | $ | N/A |
| to | for | $ | N/A |
| to | for | $ | N/A |

Total Other Charges and Amounts Paid to Others on Your Behalf   $ 3,538.00 (4)

5  Amount Financed (3 + 4)   $ 11,479.73 (5)

Premium $ ..........

Insurance Company N/A

Home Office Address      N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X _____
Buyer Signature                    Date

X _____
Co-Buyer Signature                 Date

**THE INSURANCE INCLUDED IN THIS CONTRACT DOES NOT PROVIDE COVERAGE FOR PERSONAL LIABILITY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

---

OPTION: ☐ You pay no finance charge if the Amount Financed, Item 5, is paid in full on or before _____, Year _____, SELLER'S INITIALS _____

Finance Charge begins on the date of this contract unless the box in the next sentence is checked. If this box is checked, [    ] Finance Charge begins on _____ and we will not charge Finance Charge before this date, even if you pay late. Regardless of whether the box in the preceding sentence is checked, once Finance Charge begins, you will have to pay Finance Charge on the unpaid Amount Financed at the Annual Percentage Rate shown above. (See also Section 1.a. on the reverse side.)

Buyer Signs X _____

If you make any required payment (including any deferred payment) more than 10 days late, you will have to pay a late charge as described above. If you make any required payment (including any deferred payment) late, we may also take the steps described in Sections 3.b. through 3.g. on the reverse side.

By signing below, you agree that we told you what may happen if you do not make the first, or any other required payment (including any deferred payment) on time.

Co-Buyer Signs X _____

Returned Check Charge: If the cash price of the vehicle is more than $50,000, you agree to pay a charge of $ ......... 20 ......... if any check you give us is dishonored.

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI Insurance): If the preceding box is checked, we require VSI insurance for the initial term of the contract to protect us for loss or damage to the vehicle (collision, fire, theft). VSI insurance is for our protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI insurance is obtained. If you elect to purchase VSI insurance through us, the cost of this insurance is $ ......N/A...... and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

---

OPTIONAL GAP CONTRACT. A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term ___60___ Mos.          SAFE-GUARD PRODUCTS INT
                                          Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X _____

### NO COOLING OFF PERIOD

**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.**

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

---

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.     Co-Buyer Signs X _____     Buyer Signs X _____

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

See back for other important agreements.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You acknowledge that you have read both sides of this contract, including the arbitration clause on the reverse side, before signing below. You confirm that you received a true and completely filled-in copy when you signed it.

NOTICE TO THE BUYER: 1. Do not sign this contract before you read it or if it contains any blank space. 2. You are entitled to a completely filled-in copy of the contract when you sign it. 3. Under the law, you have the following rights, among others: (a) To pay off in advance the full amount due and obtain a partial refund of any unearned finance charge; (b) to redeem the property if repossessed for a default; (c) to require, under certain conditions, a resale of the property if repossessed.

Buyer Signs X _____ Date 1/11/13   Co-Buyer Signs X _____ Date _____

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here  X _____     Address _____

Seller signs _____ Date _____  By X _____  Title _____

Seller assigns its interest in this contract to     AMERICAN CREDIT ACCEPTANCE LLC     (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse          ☐ Assigned without recourse          ☐ Assigned with limited recourse

Seller   A BETTER WAY WHOLESALE AUTOS     By _____     Title _____

FORM NO. 553-CT-ARB (REV. 5/10)  U.S. PATENT NO. D460,760
©2010 The Reynolds and Reynolds Company  TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR
FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

CUSTOMER/TRUTH IN LENDING COPY

1. **FINANCE CHARGE AND PAYMENTS**
   a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.
   b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.
   c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.
   d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

2. **YOUR OTHER PROMISES TO US**
   a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.
   b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.
   c. **Security Interest.**
      You give us a security interest in:
      • The vehicle and all parts or goods put on it;
      • All money or goods received (proceeds) for the vehicle;
      • All insurance, maintenance, service, or other contracts we finance for you; and
      • All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.
      This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle.
   d. **Insurance you must have on the vehicle.**
      You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle.
      If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium of the insurance and a finance charge equal to the Annual Percentage Rate shown on the front of this contract or, if less, the highest rate the law permits.
      If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.
   e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**
   a. **You may owe late charges.** You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

   b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once subject to any right the law gives you to reinstate this contract. Default means:
      • You do not pay any payment on time;
      • You give false, incomplete, or misleading information on a credit application;
      • You start a proceeding in bankruptcy or one is started against you or your property, unless you are an individual and the bankruptcy is under Chapter 7 of the US Bankruptcy Code (11 U.S.C. Sections 701-727);
      • Your debt, or the obligation to pay any part of the amount you owe under this contract, is discharged in a bankruptcy; or
      • You break any agreements in this contract.
      The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.
   c. **You may have to pay collection costs.** If we hire an attorney who is not our salaried employee to collect what you owe, you will pay the attorney's reasonable fees and court costs, as the law allows. The maximum attorney's fee you will pay will be 15% of the amount due and payable under this contract.
   d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.
   e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, in many situations the law gives you the right to pay to get it back. We will tell you what you have to do to get the vehicle back.
   f. **We will sell the vehicle if you do not get it back.** If you do not do what is required to get the vehicle back, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
      We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are the actual and reasonable expenses we pay as a direct result of taking the vehicle, storing it, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you. If not, we will pay the greater of the money from the sale or the market value of the vehicle, less allowed expenses, to the amount you owe.
      If the amount we apply (less allowed expenses) is not enough to pay all you owe, you must pay the rest to us, unless the law provides otherwise. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay. The market value of the vehicle will be figured as the law requires.
   g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4. **WARRANTIES SELLER DISCLAIMS**
   The following paragraph does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. It does **not** apply at all if you bought the vehicle primarily for personal, family, or household use.

   **Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**

5. **Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

finance charge equal to the annual percentage rate shown on the front of this contract or, if less, the highest rate the law permits.

If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

**e. What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

**3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

**a. You may owe late charges.** You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

**4. WARRANTIES SELLER DISCLAIMS**

The following paragraph does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. It does **not** apply at all if you bought the vehicle primarily for personal, family, or household use.

**Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**

**5. Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

**Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

**6. Servicing and Collection Contacts.** You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

**Applicable Law**

Federal law and the law of the state of our address shown on the front of this contract apply to this contract.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only if the "personal, family or household" box in the "Primary Use For Which Purchased" section of this contract is checked. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

---

**ARBITRATION CLAUSE**
**PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS**

1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.
2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.
3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Clause, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Clause shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose one of the following arbitration organizations and its applicable rules: the National Arbitration Forum, Box 50191, Minneapolis, MN 55405-0191 (www.arb-forum.com), the American Arbitration Association, 335 Madison Ave., Floor 10, New York, NY 10017-4605 (www.adr.org), or any other organization that you may choose subject to our approval. You may get a copy of the rules of these organizations by contacting the arbitration organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law in making an award. The arbitration hearing shall be conducted in the federal district in which you reside unless the Creditor-Seller is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will advance your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $2500, which may be reimbursed by decision of the arbitrator at the arbitrator's discretion. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Clause, then the provisions of this Arbitration Clause shall control. The arbitrator's award shall be final and binding on all parties, except that in the event the arbitrator's award for a party is $0 or against a party is in excess of $100,000, or includes an award of injunctive relief against a party, that party may request a new arbitration under the rules of the arbitration organization by a three-arbitrator panel. The appealing party requesting new arbitration shall be responsible for the filing fee and other arbitration costs subject to a final determination by the arbitrators of a fair apportionment of costs. Any arbitration under this Arbitration Clause shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et. seq.) and not by any state law concerning arbitration.

You and we retain any rights to self-help remedies, such as repossession. You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies or filing suit. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Clause shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Clause, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Clause shall be unenforceable.

Form No. 553-CT-ARB 5/10